UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LANDIS DOMINO                                    CIVIL ACTION

VERSUS                                           NO: 14-870

N. BURL CAIN                                     SECTION: R(3)

### ORDER AND REASONS

Before the Court is Landis Domino's 28 U.S.C. § 2254 petition for a writ of *habeas corpus*,[1] defendant N. Burl Cain's response,[2] and the Magistrate Judge's Report and Recommendation ("R&R") that Domino's petition be dismissed with prejudice.[3] The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."  A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could

---

[1] R. Doc. 1.

[2] R. Doc. 22.

[3] R. Doc. 23.

debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (quotation marks removed).

The Court concludes that Domino's petition fails to satisfy this standard.  Accordingly, the Court will not issue a certificate of appealability.

For the foregoing reasons, the Court DENIES Domino's petition for *habeas corpus* and DENIES a certificate of appealability.

New Orleans, Louisiana, this  12th  day of March, 2015.

        *Sarah Vance*
        **SARAH S. VANCE**
     **UNITED STATES DISTRICT JUDGE**